In the Matter of the Claim of ROSARIO GANDOLFO, Respondent, against R. H. MACY & Co. and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent. — Award unanimously affirmed, with costs to the State Industrial Board. The misnomer of the employer was not prejudicial and was waived. The report of the employer admits that the claimant was its employee. Present — Cochrane, P. J., Van Kirk, Davis, Whitmyer and Hill, JJ.

In the Matter of the Claim of JACOB ORANGE, Respondent, against MAURICE DEUTSCH REALTY CORPORATION and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Cochrane, P. J., Van Kirk, Davis, Whitmyer and Hill, JJ.

In the Matter of the Claim of SAM ENTROCUT, Respondent, against PARAMOUNT BAKERY & RESTAURANT CO., INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award modified by deducting the sum of $105.43, and as so modified unanimously affirmed, without costs. Present — Cochrane, P. J., Van Kirk, Davis, Whitmyer and Hill, JJ.

In the Matter of the Claim of ANNA LINDERMAN, Respondent, against BEAVER PRODUCTS COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Cochrane, P. J., Van Kirk, Davis, Whitmyer and Hill, JJ.

In the Matter of the Claim of JOHN McCORMICK, Respondent, against THE CITY OF BUFFALO, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award modified by excluding from the award the period from June 18, 1924, to September 17, 1924, and as so modified affirmed, without costs. Cochrane, P. J., Van Kirk, Davis, Whitmyer and Hill, JJ., concur.

In the Matter of the Claim of TONY VINCENT, Respondent, against ALLERTON HOUSE COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Cochrane, P. J., Van Kirk, Davis, Whitmyer and Hill, JJ.

In the Matter of the Claim of JOSEPH BROWER, Respondent, against C. F. GLOEDE and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Cochrane, P. J., Van Kirk, Davis, Whitmyer and Hill, JJ.

In the Matter of the Claim of HANS LARSEN, Respondent, against TODD DRY DOCK ENGINEERING AND REPAIR CORPORATION, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Cochrane, P. J., Van Kirk, Davis, Whitmyer and Hill, JJ.

In the Matter of the Claim of CATHERINE STUART, Appellant, against THE PENNSYLVANIA RAILROAD COMPANY, Respondent. STATE INDUSTRIAL BOARD, Respondent.— Decision unanimously affirmed, without costs. Present — Cochrane, P. J., Van Kirk, Davis, Whitmyer and Hill, JJ.